**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| _____ | | |
| In re: | ) | **CHAPTER 7** |
| | ) | |
| **HUDSON PALMER HOMES, INC.,** | ) | **CASE NO. 18-17509-elf** |
| Debtor. | ) | |
| | ) | |
| _____ | ) _____ |  |
| **GARY F. SEITZ, Chapter 7 Trustee,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ADV. PROC. NO. 19-133-elf** |
| | ) | |
| **EVEREST NATIONAL INS. CO.,** | ) | |
| **STARR INDEMNITY & LIABILITY CO.,** | ) | |
| **AMERICAN GUARANTEE AND** | ) | |
| **LIABILITY INSURANCE CO.,** | ) | |
| **STARSTONE NATIONAL INSURANCE** | ) | |
| **COMPANY, F/K/A TORUS NATIONAL** | ) | |
| **INS. CO.,** | ) | |
| **AMERICAN SAFETY INDEMNITY CO.,** | ) | |
| **FIRST SPECIALTY INS. CORP.,** | ) | |
| **ARCH SPECIALTY INS. CO.,** | ) | |
| **ERIE INSURANCE EXCHANGE,** | ) | |
| **JAMES RIVER INSURANCE COMPANY,** | ) | |
| **GEMINI INSURANCE COMPANY AND** | ) | |
| **DOE INSURERS,** | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**MOTION BY STARR INDEMNITY & LIABILITY CO.
FOR WITHDRAWAL OF THE REFERENCE**

Defendant Starr Indemnity & Liability Co. ("SILC") hereby files this Motion for

Withdrawal of the Reference, and in support thereof states as follows:

SILC will rely upon the Brief in Support of its Motion for Withdrawal of the Reference,

filed herewith, and the oral argument of counsel on the return date.

Dated: January 11, 2021                          Respectfully submitted,

                                                  /s/    Louise A. Kelleher
                                                 Louise A. Kelleher, Esquire
                                                 WEINBERG WHEELER HUDGINS GUNN
                                                 & DIAL
                                                 344 Peachtree Road, NE, Suite 2400
                                                 Atlanta, GA  30326
                                                 Telephone: (404)-832-9568
                                                 Facsimile:  (404)-875-9433

                                                 *Counsel for Starr Indemnity & Liability, Co.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| _____ | ) | |
| **In re:** | ) | **CHAPTER 7** |
| | ) | |
| **HUDSON PALMER HOMES, INC.,** | ) | **CASE NO. 18-17509-elf** |
| **Debtor.** | ) | |
| | ) | |
| _____ | ) | _____ |
| **GARY F. SEITZ, Chapter 7 Trustee,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ADV. PROC. NO. 19-133-elf** |
| | ) | |
| **EVEREST NATIONAL INS. CO.,** | ) | |
| **STARR INDEMNITY & LIABILITY CO.,** | ) | |
| **AMERICAN GUARANTEE AND** | ) | |
| **LIABILITY INSURANCE CO.,** | ) | |
| **STARSTONE NATIONAL INSURANCE** | ) | |
| **COMPANY, F/K/A TORUS NATIONAL** | ) | |
| **INS. CO.,** | ) | |
| **AMERICAN SAFETY INDEMNITY CO.,** | ) | |
| **FIRST SPECIALTY INS. CORP.,** | ) | |
| **ARCH SPECIALTY INS. CO.,** | ) | |
| **ERIE INSURANCE EXCHANGE,** | ) | |
| **JAMES RIVER INSURANCE COMPANY,** | ) | |
| **GEMINI INSURANCE COMPANY AND** | ) | |
| **DOE INSURERS,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**BRIEF IN SUPPORT OF MOTION OF STARR INDEMNITY &
<u>LIABILITY CO. FOR WITHDRAWAL OF THE REFERENCE</u>**

Defendant Starr Indemnity & Liability Co. ("SILC"), pursuant to 28 U.S.C. § 157(d), Rule

5011 of the Federal Rules of Bankruptcy Procedure and L.B.R. 5011-1, by and through its

undersigned counsel, files it motion for withdrawal of the reference of this non-core proceeding

commenced by Plaintiff Gary F. Seitz, solely in his capacity as Chapter 7 Trustee (the "Trustee")

in the above-captioned bankruptcy case of Hudson Palmer Homes, Inc. f/k/a The Cutler Group,

Inc. (the "Debtor"), and respectfully states as follows:

**PRELIMINARY STATEMENT**

SILC recognizes that the Court previously denied the Trustee and Defendant Starstone

National Insurance Company's joint motion for withdrawal of the reference [D.E. # 77, 96, 97].

The Court's memorandum decision, however, denied the withdrawal of reference on the

limited grounds that the movants sought to withdraw the reference solely to approve their

settlement agreement.  The Court found that it possessed core jurisdiction to adjudicate the

settlement agreement.  Here, the Trustee and SILC have not reached any settlement.  SILC was

only recently served in the case and has yet to respond substantively to the Trustee's

complaint.  The causes of action alleged against SILC are non-core state-law actions for

insurance coverage, breach of contract and an accounting.  SILC respectfully submits that

judicial economy would be best served by withdrawing the reference of the action to the

District Court.

**PROCEDURAL BACKGROUND**

1.     On November 12, 2018, the Debtor filed a voluntary petition for relief under

chapter 7 of title 11 of the United States Bankruptcy Code (the "Bankruptcy Code").

2.     On November 12, 2018, Gary F. Seitz was appointed as the chapter 7 trustee of

the Debtor.

3.      On June 25, 2019, the Trustee filed the Adversary Complaint for a Declaratory Judgment to Determine the Bankruptcy Estate's Interest in the Debtor's Insurance Policies and in the Proceeds of Debtor's Insurance Policies, Breach of Insurance Policies and Declaratory Judgment for Coverage and/or Avoidance [D.E. # 1].

4.      On November 25, 2020, the Trustee filed the Second Amended Adversary Complaint for a Declaratory Judgment to Determine the Bankruptcy Estate's Interest in the Debtor's Insurance Policies and in the Proceeds of the Debtor's Insurance Policies, a Declaratory Judgment to Determine the Insurers obligations under the policies, and a Cause of Action solely against Arch Insurance Co., for Avoidance.  (D.E. #87)

### REQUEST TO WITHDRAW THE REFERENCE

**A.      Cause Exists to Withdraw the Reference Under 28 U.S.C. § 157(d).**

4.      The Court succinctly set forth the law in the Third Circuit regarding permissive withdrawal of the reference in its Memorandum denying the joint motion of the Trustee and Defendant Starstone National Insurance Company [D.E. # 97] as follows:

> District courts *may* withdraw reference of a bankruptcy proceeding "on timely motion of any party, for cause shown."  28 U.S.C. § 157(d).  For such permissive withdrawals, the movant bears the burden of persuasion regarding "cause shown."  *In re Earth Pride Organics,* LLC, 602 B.R. 1, 12 (E.D. Pa. 2019).  A court should predominately look to whether the proceeding to be withdrawn is a "core" or "non-core" proceeding of the underlying bankruptcy case.  *In re Mullarkey*, 536 F.3d 215, 221 (3d Cir. 2008).  A court should also "at least consider" factors such as "the goals of promoting uniformity in bankruptcy administration, reducing forum shopping and confusion, fostering the economical use of the debtors' and creditors' resources, expediting the bankruptcy process," and the timing of the withdrawal of the reference.  *In re Earth Pride Organics, LLC*, 602 B.R. at 12-13 (citations omitted).

Memorandum at 3.

5.     As the Court also observed, "the threshold inquiry of whether the proceeding to be withdrawn is "core" or "non-core" depends on whether the bankruptcy court has authority to issue a final order. *In re Mullarkey,* 536 F.3d at 221.  28 U.S.C. § 157 provides a non-exclusive list of core proceedings.

6.     Here, all of the claims against SILC are non-core.  The causes of action asserted by the Trustee seek declaratory relief and other damages that do not invoke a substantive right provided by title 11 nor by their nature could they only arise in the context of a bankruptcy case.  This factor alone weighs heavily in favor of withdrawal of the reference.  There are three counts potentially applicable to SILC:[1] Count II – Declaratory Relief as to available coverage under the applicable insurance policies; Count III – Breach of Contract relating to the duty to defend; and Count V – Accounting.  These counts are plainly non-core claims.  These counts are based on interpretation of state law, not the Bankruptcy Code.  For instance, the court in *Acolyte Elec. Corp. v. City of New York,* 69 B.R. 155 (Bankr. E.D.N.Y. 1986), rejected plaintiff's argument that breach of contract is a core claim, finding:

> In this adversary proceeding there is a legitimate dispute as to whether Acolyte is entitled to recover the funds claimed due under the contract.  Since a resolution of this action involves a state law determination of the defendant's liability under the contract, it is a step away from a true § 542 turnover proceeding and, therefore, does not constitute a core proceeding under § 157(b)(2)(E).

*Id.* at 172.

---

[1] SILC is contemporaneously filing a joinder to Defendant Everest National Insurance Company's Motion for a More Definitive Statement as it is unclear which of these causes of action specifically apply to SILC.  Nevertheless, each of these cause of action are non-core.

7.      Additionally, judicial efficiency would be best promoted by withdrawal of the reference as any decision by the Court will be subject to *de novo* review by the District Court. Therefore, judicial resources would be conserved if the reference is withdrawn and this case is transferred to the District Court.  *See In re Lenders Abstract & Settlement Serv., Inc.*, 493 B.R. 385, 397 (E.D.N.Y. 2013) ("Here, if the motion to withdraw the reference is not granted, this Court will still be required to review *de novo* any findings made by the bankruptcy court regarding the Adversary Proceeding.  As a result, the Court finds that judicial resources will be better served if this Court grants Tudor's motion to withdraw the reference and oversees the entire litigation of this matter.") (citing *Dewitt Rehab. & Nursing Ctr., Inc. v. Columbia Cas. Co.*, 464 B.R. 587, 593 (S.D.N.Y. 2012); *In re Coudert Bros.*, No. 11 Civ. 4949 (PAE), 2011 WL 7678683 at *6 (S.D.N.Y. Nov. 23, 2011)).

8.      Similarly, resolution of the coverage issues at the District Court may advance the administration of the estate as the District Court may enter final orders.  *See, e.g., Wellman Thermal Sys. Corp. v. Columbia Cas. Co.*, No. 1:05cv1191, 2005 WL 4880619 (S.D. Ind. Oct. 5, 2005) ("Withdrawal of the reference here will neither negatively affect the uniformity and efficiency in bankruptcy administration nor promote forum shopping because the issues presented by the adversary proceeding are not unique to bankruptcy law.'").   SILC may also request a jury trial, which the Court cannot hold absent consent of the parties.  *See* 28 U.S.C. § 157(e).

9.      The movant does not consent to the entry of a final order or judgment by the Court if it is determined that the Court, absent consent of the parties, cannot enter a final order or judgment consistent with Article III of the United States Constitution.

**CONCLUSION**

WHEREFORE, Defendant Starr Indemnity & Liability Co. respectfully requests that the

Court withdraw the reference of this adversary proceeding and provide Defendant with such

other and further relief as the Court deems just and appropriate.

Dated: January 11, 2021                    Respectfully submitted,


                                           /s/   Louise A. Kelleher
                                           Louise A. Kelleher, Esquire
                                           WEINBERG WHEELER HUDGINS GUNN
                                           & DIAL
                                           344 Peachtree Road, NE, Suite 2400
                                           Atlanta, GA  30326
                                           Telephone: (404)-832-9568
                                           Facsimile:  (404)-875-9433

                                           *Counsel for Starr Indemnity & Liability, Co.*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | ) | **CHAPTER 7** |
| | ) | |
| **HUDSON PALMER HOMES, INC.,** | ) | **CASE NO. 18-17509-elf** |
| Debtor. | ) | |
| | ) | |
| _____ | ) | _____ |
| **GARY F. SEITZ, Chapter 7 Trustee,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ADV. PROC. NO. 19-133-elf** |
| | ) | |
| **EVEREST NATIONAL INS. CO.,** | ) | |
| **STARR INDEMNITY & LIABILITY CO.,** | ) | |
| **AMERICAN GUARANTEE AND** | ) | |
| **LIABILITY INSURANCE CO.,** | ) | |
| **STARSTONE NATIONAL INSURANCE** | ) | |
| **COMPANY, F/K/A TORUS NATIONAL** | ) | |
| **INS. CO.,** | ) | |
| **AMERICAN SAFETY INDEMNITY CO.,** | ) | |
| **FIRST SPECIALTY INS. CORP.,** | ) | |
| **ARCH SPECIALTY INS. CO.,** | ) | |
| **ERIE INSURANCE EXCHANGE,** | ) | |
| **JAMES RIVER INSURANCE COMPANY,** | ) | |
| **GEMINI INSURANCE COMPANY AND** | ) | |
| **DOE INSURERS,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**ORDER**

**AND NOW**, this _____ day of _____, 2021, upon consideration of Defendant

Starr Indemnity & Liability Co.'s ("SILC") Motion for Withdrawal of the Reference and Brief in

Support and Plaintiff's response, if any, it is hereby **ORDERED** that Defendant's Motion is

1

**GRANTED** and this action is hereby **WITHDRAWN**.  All future matters in the proceeding shall be

heard by the District Court.

_____
Eric L. Frank
United States Bankruptcy Judge

Case 19-00233-elf Doc 116-1 Filed 01/11/21 Entered 01/11/21 Page 16 of 2 Desc

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** ) | **CHAPTER 7** |
| ) | |
| **HUDSON PALMER HOMES, INC.,** ) | **CASE NO. 18-17509-elf** |
|       **Debtor.** ) | |
| ) | |
| _____ ) | _____ |
| **GARY F. SEITZ, Chapter 7 Trustee,** ) | |
| ) | |
|       **Plaintiff,** ) | |
| ) | |
| **v.** ) | **ADV. PROC. NO. 19-133-elf** |
| ) | |
| **EVEREST NATIONAL INS. CO.,** ) | |
| **STARR INDEMNITY & LIABILITY CO.,** ) | |
| **AMERICAN GUARANTEE AND** ) | |
| **LIABILITY INSURANCE CO.,** ) | |
| **STARSTONE NATIONAL INSURANCE** ) | |
| **COMPANY, F/K/A TORUS NATIONAL** ) | |
| **INS. CO.,** ) | |
| **AMERICAN SAFETY INDEMNITY CO.,** ) | |
| **FIRST SPECIALTY INS. CORP.,** ) | |
| **ARCH SPECIALTY INS. CO.,** ) | |
| **ERIE INSURANCE EXCHANGE,** ) | |
| **JAMES RIVER INSURANCE COMPANY,** ) | |
| **GEMINI INSURANCE COMPANY AND** ) | |
| **DOE INSURERS,** ) | |
| ) | |
|       **Defendants.** ) | |
| _____ ) | |

**<u>CERTIFICATE OF SERVICE</u>**

IT IS HEREBY CERTIFIED that on January 11, 2021, a true and correct copy of Starr Indemnity & Liability Co.'s ("SILC") Motion for Withdrawal of the Reference and Brief in Support was served electronically by way of the Court's CM-ECF filing system on all parties who have entered their appearance in this adversary proceeding.

Dated: January 11, 2021                      Respectfully submitted,

                                              /s/    Louise A. Kelleher
                                             Louise A. Kelleher, Esquire
                                             WEINBERG WHEELER HUDGINS GUNN
                                             & DIAL
                                             344 Peachtree Road, NE, Suite 2400
                                             Atlanta, GA  30326
                                             Telephone: (404)-832-9568
                                             Facsimile:  (404)-875-9433

                                             *Counsel for Starr Indemnity & Liability, Co.*

**U.S. Bankruptcy Court**
**Eastern District of Pennsylvania (Philadelphia)**
**Adversary Proceeding #: 19-00133-elf**
Internal Use Only

| | |
|---|---|
| *Assigned to:* Judge Eric L. Frank | *Date Filed:* 06/25/19 |

*Lead BK Case:* 18-17509
*Lead BK Title:* Hudson Palmer Homes, Inc.
*Lead BK Chapter:* 7
*Demand:*

*Nature[s] of Suit:*  21 Validity, priority or extent of lien or other interest in property
91 Declaratory judgment
02 Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy)
13 Recovery of money/property - 548 fraudulent transfer

**Plaintiff**
-----------------------
**Gary F. Seitz, Chapter 7 Trustee**

represented by **HOLLY SMITH MILLER**
Gellert Scali Busenkell & Brown, LLC
8 Penn Center
1628 John F. Kennedy Boulevard
Suite 1901
Philadelphia, PA 19103
215-238-0012
Fax : 215-238-0016
Email: hsmiller@gsbblaw.com

**GARY F SEITZ**
Gellert Scali Busenkell & Brown LLC
8 Penn Center
1628 John F. Kennedy Blvd
Suite 1901
Philadelphia, PA 19103
215-238-0011
Fax : 215-238-0016
Email: gseitz@gsbblaw.com

V.

**Defendant**
-----------------------
**Crum & Foster Specialty Ins. Co.,**
305 Madison Avenue
Morristown, NJ 07962

represented by **GAVIN FUNG**
Kennedys CMK LLP
1600 Market Street
Suite 1410
Philadelphia, PA 19102
267 479 6700
Email: gavin.fung@kennedyslaw.com

**GARY S KULL**
Kennedys CMK LLP
120 Mountain View Boulevard
Basking Ridge, NJ 07920
908 848 6300
Email: gary.kull@kennedyslaw.com
*LEAD ATTORNEY*

**ALEXA J. NASTA SCHMID**
120 Mountain View Boulevard
Basking Ridge, NJ 07920
908-848-6300
Fax : 908-647-8390
Email: Alexa.Schmid@kennedyslaw.com
*LEAD ATTORNEY*

**Defendant**
-----------------------
**Everest National Ins. Co.,**
477 Martinsville Road
PO BOX 830
Liberty Corner, NJ 07938-0830

represented by **BRYAN W. PETRILLA**
Stewart Smith
300 Conshohocken State Road
300 Four Falls, Suite 670
West Conshohocken, PA 19428
(484) 344 5321
Fax : (484) 534-9470
Email: bpetrilla@stewartsmithlaw.com

**MICHAEL J. SMITH**
Stewart Smith
300 Conshohocken State Road
300 Four Falls, Suite 670
West Conshohocken, PA 19428
484-534-8300
Fax : 484-534-9470
Email: msmith@stewartsmithlaw.com

*Defendant*
----------------------
**Starr Indemnity & Liability Co.,**
399 Park Avenue
8th Floor
New York, NY 10022

represented by **LOUISE A. KELLEHER**
Weinberg, Wheeler
3344 Peachtree Road, N.E.
Suite 2400
Atlanta, GA 30326
404-876-2700
Fax : 404-875-9433
Email: lkelleher@wwhgd.com

*Defendant*
----------------------
**American Guarantee and Liability Insurance Co.,**
One Liberty Plaza
165 Broadway
New York, NY 10006

*Defendant*
----------------------
**Starstone National Insurance Company, F/K/A Torus National Ins. Co.,**
Attn: General Counsel
Harborside Financial Center
Plaza Five, 29th Floor
Jersey City, NJ 07311

represented by **ELIZABETH A. CHALIK**
Kennedys CMK LLP
1600 Market Street
Suite 1410
Philadelphia, PA 19103
267-479-6700
Email: Elizabeth.chalik@kennedyslaw.com

**JONATHAN M. STEMERMAN**
Armstrong Teasdale LLP
300 Delaware Avenue
Suite 210
Wilmington, DE 19801
314-621-5070
Email: JStemerman@atllp.com

**RAFAEL X. ZAHRALDDIN**
Armstrong Teasdale LLP
300 Delaware Avenue
Ste 210
Wilmington, DE 19801
302-824-7089
Email: rzahralddin@atllp.com

*Defendant*
----------------------
**American Safety Indemnity Co.,**
100 Galleria Parkway S.E.
Suite 87700
Atlanta, GA 30339

represented by **JACOB CHARLES COHN**
Gordon & Rees
Three Logan Square
1717 Arch Street
Suite 610
Philadelphia, PA 19103
215 717 4004
Email: jcohn@grsm.com

**WILLIAM P. SHELLEY**
Gordon Rees Scully Mansukhani
Three Logan Square
1717 Arch St.
Ste. 610
Philadelphia, PA 19103
215 717 4001
Email: wshelley@grsm.com

*Defendant*
----------------------
**Navigators Specialty Ins. Co.,**
1 Penn Plaza
New York, NY 10119

represented by **JULIAN E. NEISER**
Spilman Thomas & Battle, PLLC
One Oxford Centre
Suite 3440
301 Grant Street
Pittsburgh, PA 15219
412 325 1116
Fax : (412) 227-3679
Email: jneiser@spilmanlaw.com

*Defendant*
----------------------
**CM Vantage Specialty Ins. Co.,**
Vice Prseident-Claims
3000 Shuster Lane
PO BOX 342
Merill, WI 54451-0342

represented by **RICHARD W. YOST**
Cipriani & Werner PC
450 Sentry Parkway
Suite 200
Blue Bell, PA 17557

010 567 0790

Email: ryost@c-wlaw.com
*LEAD ATTORNEY*

*Defendant*
----------------------
**First Specialty Ins. Co.,**
Attn: General Counsel
5200 Metcalf
Overland Park, KS 66202

represented by **PHILIP W. ALLOGRAMENTO**
Connell Foley LLP
56 Livingston Avenue
Roseland, NJ 07068
973 535 0500
Email: pallogramento@connellfoley.com

**JILLIAN BLAIR SAPUTELLI**
Connell Foley LLP
56 Livingston Avenue
Roseland, NJ 07068
973 535 0500
Email: jsaputelli@connellfoley.com

*Defendant*
----------------------
**Arch Specialty Ins. Co.,**
Attn: General Counsel
300 Plaza Three, Third Floor
Jersey City, NJ 07311

represented by **CHELSEA L. GOULET**
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
212 806 5400
Email: cgoulet@stroock.com
*LEAD ATTORNEY*

**KENNETH L. PASQUALE**
Stroock & Stroock & Lavan LLP
180 Maiden Lane
Ste 3694
New York, NY 10038-4982
212 806 5400
Email: kpasquale@stroock.com
*LEAD ATTORNEY*

**GABRIEL E. SASSON**
Strook & Strook & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
212 806 5400
Email: gsasson@stroock.com
*LEAD ATTORNEY*

*Defendant*
----------------------
**Erie Insurance Exchange**

represented by **FRANCES ANNE LETTIERI**
Fowler Hirtzel McNulty & Spaulding, LLP
1717 Arch Street
Suite 1310
Philadelphia, PA 19103
215-789-4848
Email: flettieri@fhmslaw.com

*Defendant*
----------------------
**Doe Insurers**

*Defendant*
----------------------
**Gemini Insurance Company**

represented by **Gemini Insurance Company**
PRO SE

*Defendant*
----------------------
**James River Insurance Company**

represented by **James River Insurance Company**
PRO SE

| Filing Date | # | Docket Text |
|---|---|---|
| 06/25/2019 | 🔵1 | Adversary case 19-00133. Complaint by GARY F SEITZ on behalf of Gary F. Seitz, Chapter 7 Trustee against Crum & Foster Specialty Ins. Co.,, Everest National Ins. Co.,, Starr Indemnity & Liability Co.,, American Guarantee and Liability Insurance Co.,, Starstone National Insurance Company, F/K/A Torus National Ins. Co.,, American Safety Indemnity Co.,, Navigators Specialty Ins. Co.,, CM Vantage Specialty Ins. Co.,, First Specialty Ins. Co.,, Arch Specialty Ins. Co.,, Erie Insurance Exchange, Doe Insurers. Fee Amount $0.00 . (21 (Validity, priority or extent of lien or other interest in property)),(91 (Declaratory judgment)),(02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(13 (Recovery of money/property - 548 fraudulent transfer)) (SEITZ, GARY) (Entered: 06/25/2019) |

| | | |
|---|---|---|
| 06/26/2019 | 2 | 1 Summons Issued to Plaintiff(s) to be served upon Defendant(s) American Guarantee and Liability Insurance Co., Date Issued 6/26/2019, Answer Due 7/26/2019; American Safety Indemnity Co., Date Issued 6/26/2019, Answer Due 7/26/2019; Arch Specialty Ins. Co., Date Issued 6/26/2019, Answer Due 7/26/2019; CM Vantage Specialty Ins. Co., Date Issued 6/26/2019, Answer Due 7/26/2019; Crum & Foster Specialty Ins. Co., Date Issued 6/26/2019, Answer Due 7/26/2019; Doe Insurers Date Issued 6/26/2019, Answer Due 7/26/2019; Erie Insurance Exchange Date Issued 6/26/2019, Answer Due 7/26/2019; Everest National Ins. Co., Date Issued 6/26/2019, Answer Due 7/26/2019; First Specialty Ins. Co., Date Issued 6/26/2019, Answer Due 7/26/2019; Navigators Specialty Ins. Co., Date Issued 6/26/2019, Answer Due 7/26/2019; Starr Indemnity & Liability Co., Date Issued 6/26/2019, Answer Due 7/26/2019; Starstone National Insurance Company, F/K/A Torus National Ins. Co., Date Issued 6/26/2019, Answer Due 7/26/2019. (D., Stacey) (Entered: 06/26/2019) |
| 07/09/2019 | 3 | Withdrawal of Appearance of [N/A] and entry of appearance of JACOB CHARLES COHN Filed by JACOB CHARLES COHN on behalf of American Safety Indemnity Co.,. (COHN, JACOB) (Entered: 07/09/2019) |
| 07/09/2019 | 4 | Withdrawal of Appearance of [N/A] and entry of appearance of WILLIAM P. SHELLEY Filed by WILLIAM P. SHELLEY on behalf of American Safety Indemnity Co.,. (SHELLEY, WILLIAM) (Entered: 07/09/2019) |
| 07/17/2019 | 5 | Amended Complaint by GARY F SEITZ on behalf of Gary F. Seitz, Chapter 7 Trustee against all defendants. (related document(s)1). (SEITZ, GARY) (Entered: 07/17/2019) |
| 07/24/2019 | 6 | Notice of Appearance and Request for Notice by RICHARD W. YOST Filed by RICHARD W. YOST on behalf of CM Vantage Specialty Ins. Co., . **Original filed on main case** (D., Stacey) (Entered: 07/25/2019) |
| 07/29/2019 | 7 | Notice of Appearance and Request for Notice by JULIAN E. NEISER Filed by JULIAN E. NEISER on behalf of Navigators Specialty Ins. Co.,. (NEISER, JULIAN) (Entered: 07/29/2019) |
| 07/30/2019 | 8 | Document in re: *Waiver of The Service of Summons* Filed by GARY F SEITZ on behalf of Gary F. Seitz, Chapter 7 Trustee. (SEITZ, GARY) (Entered: 07/30/2019) |
| 08/13/2019 | 9 | Motion to Appear pro hac vice on behalf of Gabriel E. Sasson Filed by Arch Specialty Ins. Co., Represented by GABRIEL E. SASSON (Counsel). (Attachments: # 1 Proposed Order) (D., Stacey) (Entered: 08/15/2019) |
| 08/13/2019 | 10 | Motion to Appear pro hac vice on behalf of Chelsea L. Goulet Filed by Arch Specialty Ins. Co., Represented by CHELSEA L. GOULET (Counsel). (Attachments: # 1 Proposed Order) (D., Stacey) (Entered: 08/15/2019) |
| 08/13/2019 | 11 | Motion to Appear pro hac vice on behalf of Kenneth Pasquale Filed by Arch Specialty Ins. Co., Represented by KENNETH L. PASQUALE (Counsel). (Attachments: # 1 Proposed Order) (D., Stacey) (Entered: 08/15/2019) |
| 08/14/2019 | | Receipt Number ppe202093, Fee Amount $40.00 (related document(s)9). (D., Stacey) (Entered: 08/15/2019) |
| 08/14/2019 | | Receipt Number ppe202094, Fee Amount $40.00 (related document(s)10). (D., Stacey) (Entered: 08/15/2019) |
| 08/14/2019 | | Receipt Number ppe202095, Fee Amount $40.00 (related document(s)11). (D., Stacey) (Entered: 08/15/2019) |
| 08/22/2019 | 12 | Order Granting Motion To Appear pro hac vice of Gabriel E. Sasson. (Related Doc # 9) (D., Stacey) (Entered: 08/22/2019) |
| 08/22/2019 | 13 | Order Granting Motion To Appear pro hac vice of Chelsea L. Goulet . (Related Doc # 10) (D., Stacey) (Entered: 08/22/2019) |
| 08/22/2019 | 14 | Order Granting Motion To Appear pro hac vice of Kenneth Pasquale. (Related Doc # 11) (D., Stacey) (Entered: 08/22/2019) |
| 08/22/2019 | 15 | Document in re: *Waiver of the Service of Summons* Filed by KENNETH L. PASQUALE on behalf of Arch Specialty Ins. Co.,. (PASQUALE, KENNETH) (Entered: 08/22/2019) |
| 08/24/2019 | 16 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 12)). No. of Notices: 12. Notice Date 08/24/2019. (Admin.) (Entered: 08/25/2019) |
| 08/24/2019 | 17 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 13)). No. of Notices: 12. Notice Date 08/24/2019. (Admin.) (Entered: 08/25/2019) |
| 08/24/2019 | 18 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 14)). No. of Notices: 12. Notice Date 08/24/2019. (Admin.) (Entered: 08/25/2019) |
| 08/26/2019 | 19 | Motion for More Definite Statement Filed by First Specialty Ins. Co., Represented by JILLIAN BLAIR SAPUTELLI (Counsel). (Attachments: # 1 Proposed Order # 2 Affidavit Certificate of Service) (SAPUTELLI, JILLIAN) (Entered: 08/26/2019) |
| 08/26/2019 | 20 | Notice of (related document(s): 19 Motion for More Definite Statement ) Filed by First Specialty Ins. Co.,. Hearing scheduled 10/16/2019 at 12:30 PM (check with court for location). (SAPUTELLI, JILLIAN) (Entered: 08/26/2019) |
| 08/26/2019 | 21 | Motion for More Definite Statement Filed by American Safety Indemnity Co., Represented by JACOB CHARLES COHN (Counsel). (Attachments: # 1 Memorandum of Law) (COHN, JACOB) (Entered: 08/26/2019) |
| 08/26/2019 | 22 | Motion for More Definite Statement Filed by Navigators Specialty Ins. Co., Represented by JULIAN E. NEISER (Counsel). (Attachments: # 1 Memorandum of Law) (NEISER, JULIAN) (Entered: 08/26/2019) |
| 08/26/2019 | 23 | Notice of (related document(s): 21 Motion for More Definite Statement ) Filed by American Safety Indemnity Co., . Hearing scheduled 10/16/2019 at 12:30 PM at nix3 - Courtroom #3. (D., Stacey) (Entered: 08/27/2019) |
| 08/26/2019 | 24 | Notice of (related document(s): 22 Motion for More Definite Statement ) Filed by Navigators Specialty Ins. Co., . Hearing scheduled 10/16/2019 at 10:30 AM at nix3 - Courtroom #3. (D., Stacey) (Entered: 08/27/2019) |
| 08/28/2019 | 25 | Document in re: *Waiver of Service of Summons* Filed by JONATHAN M. STEMERMAN on behalf of Starstone National Insurance Company, F/K/A Torus National Ins. Co., (related document(s)5). (STEMERMAN, JONATHAN) (Entered: 08/28/2019) |
| 08/29/2019 | 26 | Document in re: *Waiver of the service of summons* Filed by HOLLY SMITH MILLER on behalf of Gary F. Seitz, Chapter 7 Trustee. (MILLER, HOLLY) (Entered: 08/29/2019) |

| | | |
|---|---|---|
| 09/11/2019 | 27 | Notice of Appearance and Request for Notice by MICHAEL J. SMITH Filed by MICHAEL J. SMITH on behalf of Everest National Ins. Co.,. (SMITH, MICHAEL) (Entered: 09/11/2019) |
| 09/12/2019 | 28 | Hearing Re-Set 19 Motion for More Definite Statement Filed by First Specialty Ins. Co., Represented by JILLIAN BLAIR SAPUTELLI (Counsel). 21 Motion for More Definite Statement Filed by American Safety Indemnity Co., Represented by JACOB CHARLES COHN (Counsel). 22 Motion for More Definite Statement Filed by Navigators Specialty Ins. Co., Represented by JULIAN E. NEISER (Counsel). . Hearing rescheduled 10/16/2019 at **12:30 PM** at nix3 - Courtroom #3. (R., Joan) (Entered: 09/12/2019) |
| 09/12/2019 | | (private) Deadlines terminated.. (R., Joan) (Entered: 09/12/2019) |
| 09/13/2019 | 29 | Motion to Dismiss Adversary Proceeding Filed by CM Vantage Specialty Ins. Co., Represented by RICHARD W. YOST (Counsel). (Attachments: # 1 Brief # 2 Exhibit # 3 COS # 4 Orders) (YOST, RICHARD) (Entered: 09/13/2019) |
| 09/13/2019 | 30 | Notice of *Motion, Response Deadline and Hearing Date* Filed by CM Vantage Specialty Ins. Co.,. Hearing scheduled 10/16/2019 at 12:30 PM at nix3 - Courtroom #3. (YOST, RICHARD) (Entered: 09/13/2019) |
| 09/14/2019 | 31 | BNC Certificate of Mailing - Hearing Set. Number of Notices Mailed: (related document(s) (Related Doc # 28)). No. of Notices: 10. Notice Date 09/14/2019. (Admin.) (Entered: 09/15/2019) |
| 09/27/2019 | 32 | Stipulation By Gary F. Seitz, Chapter 7 Trustee and Between Defendants *to Extend Time to File Second Amended Complaint*. Filed by HOLLY SMITH MILLER on behalf of Gary F. Seitz, Chapter 7 Trustee. (MILLER, HOLLY) (Entered: 09/27/2019) |
| 09/30/2019 | 33 | Order re: Granting Stipulation between plaintiff and defendants to extend time to file second amended complaint until October 25, 2019 and the deadline for defendants to answer or otherwise respond is hereby extended to November 25, 2019 . (related document(s)32). (D., Stacey) (Entered: 10/01/2019) |
| 09/30/2019 | | (private) American Safety Indemnity Co., Answer Deadline Reset for 11/25/2019; CM Vantage Specialty Ins. Co., Answer Deadline Reset for 11/25/2019; Everest National Ins. Co., Answer Deadline Reset for 11/25/2019; First Specialty Ins. Co., Answer Deadline Reset for 11/25/2019; Navigators Specialty Ins. Co., Answer Deadline Reset for 11/25/2019; Starstone National Insurance Company, F/K/A Torus National Ins. Co., Answer Deadline Reset for 11/25/2019. (D., Stacey) (Entered: 10/01/2019) |
| 10/03/2019 | 34 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 33)). No. of Notices: 8. Notice Date 10/03/2019. (Admin.) (Entered: 10/04/2019) |
| 10/16/2019 | 35 | Hearing Held on 29 Motion to dismiss adversary proceeding. Cancelled. (D., Stacey) (Entered: 10/22/2019) |
| 10/16/2019 | 36 | Hearing Held on 22 Motion for More Definite Statement Filed by Navigators Specialty Ins. Co., Represented by JULIAN E. NEISER (Counsel). (Attachments: # 1 Memorandum of Law) filed by Defendant Navigators Specialty Ins. Co., (related document(s),22). Cancelled. (D., Stacey) (Entered: 10/22/2019) |
| 10/16/2019 | 37 | Hearing Held on 19 Motion for More Definite Statement Filed by First Specialty Ins. Co., Represented by JILLIAN BLAIR SAPUTELLI (Counsel). (Attachments: # 1 Proposed Order # 2 Affidavit Certificate of Service) filed by Defendant First Specialty Ins. Co., (related document(s),19). Cancelled. (D., Stacey) (Entered: 10/22/2019) |
| 10/16/2019 | 38 | Hearing Held on 21 Motion for More Definite Statement Filed by American Safety Indemnity Co., Represented by JACOB CHARLES COHN (Counsel). (Attachments: # 1 Memorandum of Law) filed by Defendant American Safety Indemnity Co., (related document(s),21). Cancelled. (D., Stacey) (Entered: 10/22/2019) |
| 10/17/2019 | 40 | Returned Mail, addressed to Starstone National Insurance Company and American Safety Indemnity CO. re: , has been returned from the BNC. (D., Stacey) (Entered: 10/24/2019) |
| 10/22/2019 | | (private) Motions terminated.. (D., Stacey) (Entered: 10/22/2019) |
| 10/24/2019 | 39 | Stipulation By Gary F. Seitz, Chapter 7 Trustee and Between Defendants *to Extend Time to File Second Amended Complaint*. Filed by HOLLY SMITH MILLER on behalf of Gary F. Seitz, Chapter 7 Trustee. (MILLER, HOLLY) (Entered: 10/24/2019) |
| 10/25/2019 | 41 | Order re:Granting Second Stipulation between plaintiff and defendants to extend time to file second amended complaint until November 22, 2019 and the deadline for defendants to answer or otherwise respond tot he second amended complaint is hereby extended to December 20 , 2019 . (related document(s)39). (D., Stacey) (Entered: 10/25/2019) |
| 10/25/2019 | | (private) Deadlines terminated.. (D., Stacey) (Entered: 10/25/2019) |
| 10/25/2019 | | (private) American Safety Indemnity Co., Answer Deadline Reset for 12/20/2019; Arch Specialty Ins. Co., Answer Deadline Reset for 12/20/2019; CM Vantage Specialty Ins. Co., Answer Deadline Reset for 12/20/2019; Everest National Ins. Co., Answer Deadline Reset for 12/20/2019; First Specialty Ins. Co., Answer Deadline Reset for 12/20/2019; Gary F. Seitz, Chapter 7 Trustee Answer Deadline Reset for 12/20/2019; Navigators Specialty Ins. Co., Answer Deadline Reset for 12/20/2019; Starstone National Insurance Company, F/K/A Torus National Ins. Co., Answer Deadline Reset for 12/20/2019. (D., Stacey) (Entered: 10/25/2019) |
| 10/27/2019 | 42 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 41)). No. of Notices: 10. Notice Date 10/27/2019. (Admin.) (Entered: 10/28/2019) |
| 11/04/2019 | 43 | Notice of Appearance and Request for Notice by GAVIN FUNG Filed by GAVIN FUNG on behalf of Crum & Foster Specialty Ins. Co.,. (FUNG, GAVIN) (Entered: 11/04/2019) |
| 11/14/2019 | 44 | Motion to Appear pro hac vice on behalf of Gary S. Kull Filed by Crum & Foster Specialty Ins. Co., Represented by GAVIN FUNG (Counsel). (Attachments: # 1 Proposed Order # 2 Affidavit # 3 Service List) (FUNG, GAVIN) (Entered: 11/14/2019) |
| 11/18/2019 | | Receipt Number PPE206959, Fee Amount $40.00 (related document(s)44). Motion to Appear pro hac vice on behalf of Gary S. Kull. (S., Antoinette) (Entered: 11/20/2019) |
| 11/20/2019 | 45 | Entry of Appearace by ELIZABETH A. CHALIK Filed by ELIZABETH A. CHALIK on behalf of Starstone National Insurance Company, F/K/A Torus National Ins. Co.,. (CHALIK, ELIZABETH)**Modified text to match pdf** Modified on 11/21/2019 (D., Stacey). (Entered: 11/20/2019) |
| 11/20/2019 | 46 | Order Granting Motion To Appear pro hac vice of Gary S. Kull, Esquire . (Related Doc # 44) (D., Stacey) (Entered: 11/21/2019) |

| | | |
|---|---|---|
| 11/20/2019 | | (private) Attorney GARY S KULL for Crum & Foster Specialty Ins. Co., added to case. (D., Stacey) (Entered: 11/21/2019) |
| 11/21/2019 | 🔵47 | Returned Mail, addressed to Erie Insurance Exchange and Doe Insurers re: *Stipulation Order*, has been returned from the BNC (related document(s)41). (R., Sara) (Entered: 11/21/2019) |
| 11/21/2019 | 🔵48 | Returned Mail, addressed to Starstone National Insurance Company, F/K/A Torus re: *Stipulation Order*, has been returned from the BNC (related document(s)41). (R., Sara) (Entered: 11/21/2019) |
| 11/21/2019 | 🔵49 | Returned Mail, addressed to American Safety Indemnity Co. re: *Stipulation Order*, has been returned from the BNC (related document(s)41). (R., Sara) (Entered: 11/21/2019) |
| 11/22/2019 | 𝑒 🔵50 | Motion to Approve Compromise under Rule 9019 *BY AND BETWEEN CHAPTER 7 TRUSTEE AND STARSTONE NATIONAL INSURANCE COMPANY PURSUANT TO 11 U.S.C. § 105 AND FED. R. BANKR. P. 9019(a) AND THE SALE, TRANSFER, AND ASSIGNMENT OF THE DEBTORS RIGHT AND INTEREST IN EXCESS INSURANCE POLICIES FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS PURSUANT TO 11 U.S.C. §§ 105 AND 363 AND FED. R. BANKR. P. 6004 AND (II) GRANTING RELATED RELIEF* Filed by Gary F. Seitz, Chapter 7 Trustee Represented by HOLLY SMITH MILLER (Counsel). (Attachments: # 1 Exhibit A # 2 Certificate of Service) (MILLER, HOLLY) (Entered: 11/22/2019) |
| 11/22/2019 | 🔵51 | Notice of (related document(s): 50 Motion to Approve Compromise under Rule 9019 *BY AND BETWEEN CHAPTER 7 TRUSTEE AND STARSTONE NATIONAL INSURANCE COMPANY PURSUANT TO 11 U.S.C. § 105 AND FED. R. BANKR. P. 9019(a) AND THE SALE, TRANSFER, AND ASSIGNMENT OF THE DEBTORS RIGHT AND IN)* Filed by Gary F. Seitz, Chapter 7 Trustee. Hearing scheduled December 18, 2019 at 12:30pm in Courtroom # 3 . (Attachments: # 1 Certificate of Service) (MILLER, HOLLY) ** Added hearing date to text** Modified on 11/25/2019 (D., Stacey). (Entered: 11/22/2019) |
| 11/23/2019 | 🔵52 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 46)). No. of Notices: 9. Notice Date 11/23/2019. (Admin.) (Entered: 11/24/2019) |
| 11/23/2019 | 🔵54 | Returned Mail, addressed to Erie Insurance Exchange re: *Order on Motion to Appear pro hac vice*, has been returned from the BNC (related document(s)46). (D., Stacey) (Entered: 11/26/2019) |
| 11/25/2019 | 🔵53 | Proposed Order Re: *Motion to Approve Compromise under Rule 9019 BY AND BETWEEN CHAPTER 7 TRUSTEE AND STARSTONE NATIONAL INSURANCE COMPANY PURSUANT TO 11 U.S.C. § 105 AND FED. R. BANKR. P. 9019(a) AND THE SALE, TRANSFER, AND ASSIGNMENT OF THE DEBTORS RIGHT AND INTEREST IN EXCESS INSURANCE POLICIES FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS PURSUANT TO 11 U.S.C. §§ 105 AND 363 AND FED. R. BANKR. P. 6004 AND (II) GRANTING RELATED RELIEF* Filed by HOLLY SMITH MILLER on behalf of Gary F. Seitz, Chapter 7 Trustee (related document(s)50). (MILLER, HOLLY) (Entered: 11/25/2019) |
| 12/06/2019 | 🔵55 | Response to Motion to Approve Compromise under Rule 9019 filed by Plaintiff Gary F. Seitz, Chapter 7 Trustee Filed by First Specialty Ins. Co., (related document(s)50). (D., Stacey) (Entered: 12/09/2019) |
| 12/12/2019 | 🔵61 | Returned Mail, addressed to American Safety Indemnity Co. re: *Order on Motion to Appear pro hac vice*, has been returned from the BNC (related document(s)46). (W., Belinda) (Entered: 12/27/2019) |
| 12/16/2019 | 🔵56 | Reply to Motion to Approve Compromise under Rule 9019 filed by Plaintiff Gary F. Seitz, Chapter 7 Trustee Filed by Starstone National Insurance Company, F/K/A Torus National Ins. Co., (related document(s)50). (Attachments: # 1 Exhibit Exhibit A # 2 Exhibit Exhibit B # 3 Exhibit Exhibit C # 4 Exhibit Exhibit D) (ZAHRALDDIN, RAFAEL) (Entered: 12/17/2019) |
| 12/17/2019 | 🔵57 | Certificate of Service *regarding Reply to Motion to Approve Compromise under Rule 9019 filed by Plaintiff Gary F. Seitz, Chapter 7 Trustee* Filed by RAFAEL X. ZAHRALDDIN on behalf of Starstone National Insurance Company, F/K/A Torus National Ins. Co., (related document(s)56). (ZAHRALDDIN, RAFAEL) (Entered: 12/17/2019) |
| 12/18/2019 | 🔵58 | Hearing Continued on 50 Motion to Approve Compromise under Rule 9019 *BY AND BETWEEN CHAPTER 7 TRUSTEE AND STARSTONE NATIONAL INSURANCE COMPANY PURSUANT TO 11 U.S.C. § 105 AND FED. R. BANKR. P. 9019(a) AND THE SALE, TRANSFER, AND ASSIGNMENT OF THE DEBTORS RIGHT AND INTEREST IN EXCESS INSURANCE POLICIES FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS PURSUANT TO 11 U.S.C. §§ 105 AND 363 AND FED. R. BANKR. P. 6004 AND (II) GRANTING RELATED RELIEF* Filed by Gary F. Seitz, Chapter 7 Trustee Represented by HOLLY SMITH MILLER (Counsel). Hearing scheduled 1/7/2020 at 09:30 AM at nix3 - Courtroom #3. (D., Stacey) (Entered: 12/19/2019) |
| 12/23/2019 | 🔵59 | **REFERS TO NOTICE OF DEPOSITION ON MAIN CASE #18-17509.**Motion of Starstone National Insurance Company to Quash Notice of Deposition of The Graham Company in contested matter Filed by Starstone National Insurance Company, F/K/A Torus National Ins. Co., Represented by RAFAEL X. ZAHRALDDIN (Counsel). (S., Antoinette) Modified on 12/26/2019 (S., Antoinette). (Entered: 12/26/2019) |
| 12/24/2019 | 🔵60 | **REFERS TO NOTICE OF DEPOSITION ON MAIN CASE #18-17509.**Certificate of Service Filed by RAFAEL X. ZAHRALDDIN on behalf of Starstone National Insurance Company, F/K/A Torus National Ins. Co., (related document(s)59). (S., Antoinette) Modified on 12/26/2019 (S., Antoinette). (Entered: 12/26/2019) |
| 12/31/2019 | 🔵62 | Response to Motion to Approve Compromise under Rule 9019 filed by Plaintiff Gary F. Seitz, Chapter 7 Trustee Filed by CM Vantage Specialty Ins. Co., (related document(s)50). (YOST, RICHARD) (Entered: 12/31/2019) |
| 01/03/2020 | 🔵63 | Exhibit *(Notice of Filing of Corrected Exhibit)* Filed by RAFAEL X. ZAHRALDDIN on behalf of Starstone National Insurance Company, F/K/A Torus National Ins. Co., (related document(s)56). (Attachments: # 1 Exhibit 1 # 2 Certificate of Service) (ZAHRALDDIN, RAFAEL) (Entered: 01/03/2020) |
| 01/07/2020 | 🔵64 | Hearing Continued on 50 Motion to Approve Compromise under Rule 9019 *BY AND BETWEEN CHAPTER 7 TRUSTEE AND STARSTONE NATIONAL INSURANCE COMPANY PURSUANT TO 11 U.S.C. § 105 AND FED. R. BANKR. P. 9019(a) AND THE SALE, TRANSFER, AND ASSIGNMENT OF THE DEBTORS RIGHT AND INTEREST IN EXCESS INSURANCE POLICIES FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS PURSUANT TO 11 U.S.C. §§ 105 AND 363 AND FED. R. BANKR. P. 6004 AND (II) GRANTING RELATED RELIEF* Filed by Gary F. Seitz, Chapter 7 Trustee Represented by HOLLY SMITH MILLER (Counsel). Hearing scheduled 1/14/2020 at 02:00 PM at nix3 - Courtroom #3. (D., Stacey) (Entered: 01/09/2020) |
| 01/14/2020 | 🔵65 | Hearing Continued on 50 Motion to Approve Compromise under Rule 9019 *BY AND BETWEEN CHAPTER 7 TRUSTEE AND STARSTONE NATIONAL INSURANCE COMPANY PURSUANT TO 11 U.S.C. § 105 AND FED. R. BANKR. P. 9019(a) AND THE SALE, TRANSFER, AND ASSIGNMENT OF THE DEBTORS RIGHT AND INTEREST IN EXCESS INSURANCE POLICIES FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS PURSUANT TO 11 U.S.C. §§ 105 AND 363 AND FED. R. BANKR. P. 6004 AND (II) GRANTING RELATED RELIEF* Filed by Gary F. Seitz, Chapter 7 Trustee Represented by HOLLY SMITH MILLER (Counsel). Hearing scheduled 2/4/2020 at 01:00 PM at nix3 - Courtroom #3. (D., Stacey) (Entered: 01/17/2020) |

| | | |
|---|---|---|
| 02/04/2020 | 66 | TELEPHONIC Hearing Continued on 50 Motion to Approve Compromise under Rule 9019 *BY AND BETWEEN CHAPTER 7 TRUSTEE AND STARSTONE NATIONAL INSURANCE COMPANY PURSUANT TO 11 U.S.C. § 105 AND FED. R. BANKR. P. 9019(a) AND THE SALE, TRANSFER, AND ASSIGNMENT OF THE DEBTORS RIGHT AND INTEREST IN EXCESS INSURANCE POLICIES FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS PURSUANT TO 11 U.S.C. §§ 105 AND 363 AND FED. R. BANKR. P. 6004 AND (II) GRANTING RELATED RELIEF* Filed by Gary F. Seitz, Chapter 7 Trustee Represented by HOLLY SMITH MILLER (Counsel). Hearing scheduled 2/12/2020 at 12:30 PM at nix3 - Courtroom #3. (P., Paul) (Entered: 02/06/2020) |
| 02/12/2020 | | (private) Motions terminated.. (R., Joan) (Entered: 02/12/2020) |
| 02/12/2020 | 68 | Hearing Continued on 50 Motion to Approve Compromise under Rule 9019 *BY AND BETWEEN CHAPTER 7 TRUSTEE AND STARSTONE NATIONAL INSURANCE COMPANY PURSUANT TO 11 U.S.C. § 105 AND FED. R. BANKR. P. 9019(a) AND THE SALE, TRANSFER, AND ASSIGNMENT OF THE DEBTORS RIGHT AND INTEREST IN EXCESS INSURANCE POLICIES FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS PURSUANT TO 11 U.S.C. §§ 105 AND 363 AND FED. R. BANKR. P. 6004 AND (II) GRANTING RELATED RELIEF* Filed by Gary F. Seitz, Chapter 7 Trustee Represented by HOLLY SMITH MILLER (Counsel). Hearing scheduled 3/10/2020 at 02:00 PM Courtroom #3. (R., Joan) Modified on 2/26/2020 (R., Joan). (Entered: 02/26/2020) |
| 02/13/2020 | 67 | Entry of appearance and request for notice Filed by STEFAN RICHTER on behalf of The Residents Association for the Villages at Trewellyn . (D., Stacey) (Entered: 02/18/2020) |
| 02/27/2020 | | STATUS Hearing Re-Set 50 Motion to Approve Compromise under Rule 9019 *BY AND BETWEEN CHAPTER 7 TRUSTEE AND STARSTONE NATIONAL INSURANCE COMPANY PURSUANT TO 11 U.S.C. § 105 AND FED. R. BANKR. P. 9019(a) AND THE SALE, TRANSFER, AND ASSIGNMENT OF THE DEBTORS RIGHT AND INTEREST IN EXCESS INSURANCE POLICIES FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS PURSUANT TO 11 U.S.C. §§ 105 AND 363 AND FED. R. BANKR. P. 6004 AND (II) GRANTING RELATED RELIEF* Filed by Gary F. Seitz, Chapter 7 Trustee Represented by HOLLY SMITH MILLER (Counsel). Status Hearing rescheduled 3/11/2020 at 12:30 PM at nix3 - Courtroom #3. (R., Joan) (Entered: 02/27/2020) |
| 03/11/2020 | 69 | Hearing Continued on 50 Motion to Approve Compromise under Rule 9019 *BY AND BETWEEN CHAPTER 7 TRUSTEE AND STARSTONE NATIONAL INSURANCE COMPANY PURSUANT TO 11 U.S.C. § 105 AND FED. R. BANKR. P. 9019(a) AND THE SALE, TRANSFER, AND ASSIGNMENT OF THE DEBTORS RIGHT AND INTEREST IN EXCESS INSURANCE POLICIES FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS PURSUANT TO 11 U.S.C. §§ 105 AND 363 AND FED. R. BANKR. P. 6004 AND (II) GRANTING RELATED RELIEF* Filed by Gary F. Seitz, Chapter 7 Trustee Represented by HOLLY SMITH MILLER (Counsel). Hearing scheduled 4/8/2020 at 12:30 PM at nix3 - Courtroom #3. (D., Stacey) (Entered: 03/13/2020) |
| 04/08/2020 | 70 | Status Hearing Continued on 50 Motion to Approve Compromise under Rule 9019 *BY AND BETWEEN CHAPTER 7 TRUSTEE AND STARSTONE NATIONAL INSURANCE COMPANY PURSUANT TO 11 U.S.C. § 105 AND FED. R. BANKR. P. 9019(a) AND THE SALE, TRANSFER, AND ASSIGNMENT OF THE DEBTORS RIGHT AND INTEREST IN EXCESS INSURANCE POLICIES FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS PURSUANT TO 11 U.S.C. §§ 105 AND 363 AND FED. R. BANKR. P. 6004 AND (II) GRANTING RELATED RELIEF* Filed by Gary F. Seitz, Chapter 7 Trustee Represented by HOLLY SMITH MILLER (Counsel). Hearing scheduled 4/29/2020 at 12:30 PM at nix3 - Courtroom #3. (R., Joan) (Entered: 04/08/2020) |
| 04/29/2020 | 71 | Motion to Appear pro hac vice on behalf of Alexa J. Nasta Schmid Filed by Crum & Foster Specialty Ins. Co., Represented by GAVIN FUNG (Counsel). (FUNG, GAVIN) (Entered: 04/29/2020) |
| 04/29/2020 | 72 | Hearing Continued on 50 Motion to Approve Compromise under Rule 9019 *BY AND BETWEEN CHAPTER 7 TRUSTEE AND STARSTONE NATIONAL INSURANCE COMPANY PURSUANT TO 11 U.S.C. § 105 AND FED. R. BANKR. P. 9019(a) AND THE SALE, TRANSFER, AND ASSIGNMENT OF THE DEBTORS RIGHT AND INTEREST IN EXCESS INSURANCE POLICIES FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS PURSUANT TO 11 U.S.C. §§ 105 AND 363 AND FED. R. BANKR. P. 6004 AND (II) GRANTING RELATED RELIEF* Filed by Gary F. Seitz, Chapter 7 Trustee Represented by HOLLY SMITH MILLER (Counsel). (Attachments: # 1 Exhibit A # 2 Certificate of Service) filed by Plaintiff Gary F. Seitz, Chapter 7 Trustee. Hearing scheduled 5/7/2020 at 09:30 AM at nix3 - Courtroom #3. (R., Joan) (Entered: 05/01/2020) |
| 05/07/2020 | 73 | Status Hearing Continued on 50 Motion to Approve Compromise under Rule 9019 *BY AND BETWEEN CHAPTER 7 TRUSTEE AND STARSTONE NATIONAL INSURANCE COMPANY PURSUANT TO 11 U.S.C. § 105 AND FED. R. BANKR. P. 9019(a) AND THE SALE, TRANSFER, AND ASSIGNMENT OF THE DEBTORS RIGHT AND INTEREST IN EXCESS INSURANCE POLICIES FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS PURSUANT TO 11 U.S.C. §§ 105 AND 363 AND FED. R. BANKR. P. 6004 AND (II) GRANTING RELATED RELIEF* Filed by Gary F. Seitz, Chapter 7 Trustee Represented by HOLLY SMITH MILLER (Counsel). Status Hearing scheduled 6/3/2020 at 12:30 PM at nix3 - Courtroom #3. (R., Joan) (Entered: 05/07/2020) |
| 05/15/2020 | | Receipt Number PPE214303, Fee Amount $40.00 (related document(s)71). Motion to Appear pro hac vice on behalf of Alexa J. Nasta Schmid (C., Jacqueline) (Entered: 05/19/2020) |
| 05/19/2020 | 74 | Order Granting Motion to Appear pro hac vice on behalf of Alexa J. Nasta Schmid Filed by Crum & Foster Specialty Ins. Co., Represented by GAVIN FUNG (Related Doc # 71) (R., Sara) (Entered: 05/19/2020) |
| 05/21/2020 | 75 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 74)). No. of Notices: 10. Notice Date 05/21/2020. (Admin.) (Entered: 05/22/2020) |
| 06/03/2020 | 76 | Hearing Continued on 50 Motion to Approve Compromise under Rule 9019 *BY AND BETWEEN CHAPTER 7 TRUSTEE AND STARSTONE NATIONAL INSURANCE COMPANY PURSUANT TO 11 U.S.C. § 105 AND FED. R. BANKR. P. 9019(a) AND THE SALE, TRANSFER, AND ASSIGNMENT OF THE DEBTORS RIGHT AND INTEREST IN EXCESS INSURANCE POLICIES FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS PURSUANT TO 11 U.S.C. §§ 105 AND 363 AND FED. R. BANKR. P. 6004 AND (II) GRANTING RELATED RELIEF* Filed by Gary F. Seitz, Chapter 7 Trustee Represented by HOLLY SMITH MILLER (Counsel). (Attachments: # 1 Exhibit A # 2 Certificate of Service) filed by Plaintiff Gary F. Seitz, Chapter 7 Trustee. Hearing scheduled 6/23/2020 at 09:30 AM at nix3 - Courtroom #3. (R., Joan) (Entered: 06/03/2020) |
| 06/19/2020 | 77 | Joint Motion for Withdrawal of Reference *by Gary F. Seitz, Chapter 7 Trustee and StarStone National Insurance Company*. Fee Amount $181.00 *by Gary F. Seitz, Chapter 7 Trustee and StarStone National Insurance Company* Filed by Starstone National Insurance Company, F/K/A Torus National Ins. Co., Represented by ELIZABETH A. CHALIK, RAFAEL X. ZAHRALDDIN, GARY F SEITZ (Counsel). (Attachments: # 1 Proposed Order) (SEITZ, GARY) (Entered: 06/19/2020) |
| 06/23/2020 | 78 | Hearing Held on 50 Motion to Approve Compromise under Rule 9019 *BY AND BETWEEN CHAPTER 7 TRUSTEE AND STARSTONE NATIONAL INSURANCE COMPANY PURSUANT TO 11 U.S.C. § 105 AND FED. R. BANKR. P. 9019(a) AND THE SALE, TRANSFER, AND ASSIGNMENT OF THE DEBTORS RIGHT AND INTEREST IN EXCESS INSURANCE POLICIES FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS PURSUANT TO 11 U.S.C. §§ 105 AND 363 AND FED. R. BANKR. P. 6004 AND (II) GRANTING RELATED RELIEF* Filed by Gary F. Seitz, Chapter 7 Trustee Represented by HOLLY SMITH MILLER (Counsel). IN MEDIATION (related document(s),50). (R., Joan) (Entered: 06/23/2020) |

| | | |
|---|---|---|
| 06/24/2020 | | Receipt of Motion for Withdrawal of Reference(19-00133-jkf) [motion,mwdref] ( 181.00) Filing Fee. Receipt number 22540857. Fee Amount $ 181.00. (re: Doc# 77) (U.S. Treasury) (Entered: 06/24/2020) |
| 06/25/2020 | ●79 | Electronic Transmission to District Court re: Joint Motion of the Chapter 7 Trustee and Starstone National Insurance Company for Withdrawal of Reference, Brief in Support of Joint Motion, and Proposed Order. (related document(s)77). (R., Sara) (Entered: 06/25/2020) |
| 06/29/2020 | ●80 | District Court Acknowledgement of receiving Joint Motion for Withdrawal of Reference. Miscellaneous No.20-mc64 Assigned to the Honorable: Schmehl. (R., Sara) (Entered: 06/29/2020) |
| 10/09/2020 | ●81 | Order Scheduling Status Hearing. Hearing scheduled 10/29/2020 at 10:00 AM at nix1 - courtroom #1. (R., Sara) (Entered: 10/09/2020) |
| 10/11/2020 | ●82 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 81)). No. of Notices: 9. Notice Date 10/11/2020. (Admin.) (Entered: 10/12/2020) |
| 10/29/2020 | ●83 | Status Conference Held on 81 Status Conference Order (related document(s),81). (B., Pamela) (Entered: 10/30/2020) |
| 10/30/2020 | ● | Hearing Set 50 Motion to Approve Compromise under Rule 9019 *BY AND BETWEEN CHAPTER 7 TRUSTEE AND STARSTONE NATIONAL INSURANCE COMPANY PURSUANT TO 11 U.S.C. § 105 AND FED. R. BANKR. P. 9019(a) AND THE SALE, TRANSFER, AND ASSIGNMENT OF THE DEBTORS RIGHT AND INTEREST IN EXCESS INSURANCE POLICIES FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS PURSUANT TO 11 U.S.C. §§ 105 AND 363 AND FED. R. BANKR. P. 6004 AND (II) GRANTING RELATED RELIEF* Filed by Gary F. Seitz, Chapter 7 Trustee Represented by HOLLY SMITH MILLER (Counsel). (Attachments: # 1 Exhibit A # 2 Certificate of Service) filed by Plaintiff Gary F. Seitz, Chapter 7 Trustee. Hearing scheduled 1/28/2021 at 09:30 AM at Philadelphia Video Hearing. (B., Pamela) (Entered: 10/30/2020) |
| 10/30/2020 | ●84 | Ordered that on or before 11-25-20 the Plaintiff shall file a Second Amended Complaint in the above adversary proceeding. (J., Randi) (Entered: 11/02/2020) |
| 11/04/2020 | ●85 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 84)). No. of Notices: 1. Notice Date 11/04/2020. (Admin.) (Entered: 11/05/2020) |
| 11/20/2020 | ●86 | Notice of Dismissal Filed by Gary F. Seitz, Chapter 7 Trustee. (MILLER, HOLLY) (Entered: 11/20/2020) |
| 11/24/2020 | | (private) Clerk's Office Notes: Notice of Dismissal filed by Plaintiff Gary F. Seitz, Chapter 7 Trustee (related document(s)86). No Action is Necessary per Chambers. (R., Sara) (Entered: 12/01/2020) |
| 11/25/2020 | ●87 | Amended Complaint *Second Amended Adversary Complaint* by HOLLY SMITH MILLER on behalf of Gary F. Seitz, Chapter 7 Trustee against Gemini Insurance Company, James River Insurance Company, American Guarantee and Liability Insurance Co.,, American Safety Indemnity Co.,, Arch Specialty Ins. Co.,, Doe Insurers, Erie Insurance Exchange, Everest National Ins. Co.,, First Specialty Ins. Co.,, Starr Indemnity & Liability Co.,, Starstone National Insurance Company, F/K/A Torus National Ins. Co.,. (related document(s)1). (Attachments: # 1 Certificate of Service) (MILLER, HOLLY) (Entered: 11/25/2020) |
| 12/04/2020 | ●88 | Stipulation By Arch Specialty Ins. Co., and Between Plaintiff and Arch Specialty Ins. Co. to Extend Time to Respond to Second Amended Adversary Complaint . Filed by KENNETH L. PASQUALE on behalf of Arch Specialty Ins. Co.,. (PASQUALE, KENNETH) (Entered: 12/04/2020) |
| 12/04/2020 | ●89 | Order re:Granting the Stipulation By Arch Specialty Ins. Co., and Between Plaintiff and Arch Specialty Ins. Co. to Extend Time to Respond to Second Amended Adversary until January 9, 2021. (related document(s) 36 88). (D., Stacey) (Entered: 12/07/2020) |
| 12/07/2020 | ●90 | Stipulation By Everest National Ins. Co., and Between Plaintiff *to Extend Time to Respond to Second Amended Adversary Complaint*. Filed by MICHAEL J. SMITH on behalf of Everest National Ins. Co.,. (SMITH, MICHAEL) (Entered: 12/07/2020) |
| 12/07/2020 | ●91 | Order Entered Approving Stipulation By Everest National Ins. Co. and Between Plaintiff to Extend Time to Respond to Second Amended Adversary Complaint to and including January 9, 2021. Filed by MICHAEL J. SMITH on behalf of Everest National Ins. Co(related document(s)90, 87). (R., Sara) (Entered: 12/08/2020) |
| 12/09/2020 | ●92 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 89)). No. of Notices: 1. Notice Date 12/09/2020. (Admin.) (Entered: 12/10/2020) |
| 12/10/2020 | ●93 | Notice of Dismissal Filed by Gary F. Seitz, Chapter 7 Trustee. (MILLER, HOLLY) (Entered: 12/10/2020) |
| 12/10/2020 | ●94 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 91)). No. of Notices: 9. Notice Date 12/10/2020. (Admin.) (Entered: 12/11/2020) |
| 12/15/2020 | ●95 | Document in re: *Waiver of Service of Summons as to Erie Insurance Exchange* Filed by HOLLY SMITH MILLER on behalf of Gary F. Seitz, Chapter 7 Trustee (related document(s)87). (MILLER, HOLLY) (Entered: 12/15/2020) |
| 12/17/2020 | ●96 | Order Entered on Miscellaneous Action No. 20-64, November 16, 2020, by the Hon. Jeffrey L. Schmehl Denying Joint Motion For Withdrawal Of Reference(Related Doc # 77) (R., Sara) (Entered: 12/17/2020) |
| 12/17/2020 | ●97 | Memorandum re: Order Entered on Miscellaneous Action No. 20-64, November 16, 2020, by the Hon. Jeffrey L. Schmehl Denying Joint Motion For Withdrawal Of Reference (related document(s)96). (R., Sara) (Entered: 12/17/2020) |
| 12/17/2020 | ●98 | Notice of Appearance and Request for Notice by FRANCES ANNE LETTIERI Filed by FRANCES ANNE LETTIERI on behalf of Erie Insurance Exchange. (LETTIERI, FRANCES) (Entered: 12/17/2020) |
| 12/19/2020 | ●99 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 96)). No. of Notices: 0. Notice Date 12/19/2020. (Admin.) (Entered: 12/20/2020) |
| 12/21/2020 | ●100 | Stipulation By First Specialty Ins. Co., and Between Plaintiff *Extending Time for FSIC to Respond to the Second Amended Adversary Complaint*. Filed by JILLIAN BLAIR SAPUTELLI on behalf of First Specialty Ins. Co.,. (SAPUTELLI, JILLIAN) (Entered: 12/21/2020) |
| 12/22/2020 | ●101 | Order Entered Approving Stipulation By First Specialty Ins. Co., and Between Plaintiff Extending Time for FSIC to Respond to the Second Amended Adversary Complaint to and including January 9, 2021. (related document(s)100, 87). (R., Sara) (Entered: 12/22/2020) |
| 12/23/2020 | ●102 | Stipulation By Starstone National Insurance Company, F/K/A Torus National Ins. Co., and Between Gary F. Seitz, Chapter 7 Trustee/Plaintiff *Extending Answer Deadline to January 9, 2021*. Filed by RAFAEL X. ZAHRALDDIN on behalf of Starstone National Insurance Company, |

| | | |
|---|---|---|
| 12/23/2020 | ◯103 | Order approving Stipulation By Starstone National Insurance Company, F/K/A Torus National Ins. Co., and Between Gary F. Seitz, Chapter 7 Trustee/Plaintiff Extending Answer Deadline to January 9, 2021 (related document(s)102). (L., Denise) (Entered: 12/24/2020) |
| 12/24/2020 | | (private) Starstone National Insurance Company, F/K/A Torus National Ins. Co., Answer Deadline Reset for 1/9/2021 per Stip/Order. (L., Denise) (Entered: 12/24/2020) |
| 12/24/2020 | ◯104 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 101)). No. of Notices: 9. Notice Date 12/24/2020. (Admin.) (Entered: 12/25/2020) |
| 12/26/2020 | ◯105 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 103)). No. of Notices: 9. Notice Date 12/26/2020. (Admin.) (Entered: 12/27/2020) |
| 01/04/2021 | ◯106 | Stipulation By Gary F. Seitz, Chapter 7 Trustee and Between Starr Indemnity & Liability Co *to Extend Time to Respond to Second Amended Adversary Complaint*. Filed by HOLLY SMITH MILLER on behalf of Gary F. Seitz, Chapter 7 Trustee (related document(s)87). (MILLER, HOLLY) (Entered: 01/04/2021) |
| 01/05/2021 | ◯107 | Order Entered Approving Stipulation By Gary F. Seitz, Chapter 7 Trustee and Between Starr Indemnity & Liability Co to Extend Time to Respond to Second Amended Adversary Complaint to January 11, 2021. (related document(s)106, 87). (R., Sara) (Entered: 01/05/2021) |
| 01/07/2021 | ◯108 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 107)). No. of Notices: 9. Notice Date 01/07/2021. (Admin.) (Entered: 01/08/2021) |
| 01/08/2021 | ◯109 | Answer to Complaint *Arch Specialty Ins. Co's Answer to Second Amended Adversary Complaint* Filed by Arch Specialty Ins. Co.,. (PASQUALE, KENNETH) (Entered: 01/08/2021) |
| 01/08/2021 | 𝑒 ◯110 | Motion to Appear pro hac vice on behalf of Sam Ashuraey Filed by Arch Specialty Ins. Co., Represented by KENNETH L. PASQUALE (Counsel). (PASQUALE, KENNETH) (Entered: 01/08/2021) |
| 01/08/2021 | 𝑒 ◯111 | Motion for More Definite Statement Filed by Everest National Ins. Co., Represented by MICHAEL J. SMITH (Counsel). (Attachments: # 1 Proposed Order # 2 Motion for a More Definite Statement in Response to the Trustee's Second Amended Complaint # 3 Memorandum of Law in Support of Motion for a More Definite Statement) (SMITH, MICHAEL) (Entered: 01/08/2021) |
| 01/08/2021 | ◯112 | Notice of (related document(s): 111 Motion for More Definite Statement ) Filed by Everest National Ins. Co., . Hearing scheduled 2/10/2021 at 10:00 AM via Teleconference. (R., Sara) (Entered: 01/11/2021) |
| 01/11/2021 | ◯113 | Answer to Complaint and Affirmative Defenses Filed by First Specialty Ins. Co.,. (Attachments: # 1 Certification of Service) (ALLOGRAMENTO, PHILIP) **Modified on 1/12/2021 to add text "and Affirmative Defenses" (R., Sara)** (Entered: 01/11/2021) |
| 01/11/2021 | ◯114 | Document in re: *Certificate of Service of Arch Specialty Insurance Co.'s First Requests for Production of Documents to Plaintiff* Filed by KENNETH L. PASQUALE on behalf of Arch Specialty Ins. Co.,. (PASQUALE, KENNETH) (Entered: 01/11/2021) |
| 01/11/2021 | ◯115 | **Incorrect Entry - Re-docketed - See Document Nos. 117 and 118**Notice of *Motion* Filed by Starr Indemnity & Liability Co.,. (Attachments: # 1 Proposed Order # 2 Motion by Starr Indemnity & Liability Company for a More Definite Statement in Response to the Trustee's SAAC # 3 Certificate of Service) (Kelleher, Louise) Modified on 1/12/2021 (R., Sara). (Entered: 01/11/2021) |
| 01/11/2021 | ◯116 | Motion for Withdrawal of Reference . Fee Amount $188.00 Filed by Starr Indemnity & Liability Co., Represented by Louise A. Kelleher (Counsel). (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Kelleher, Louise) (Entered: 01/11/2021) |
| 01/11/2021 | | Receipt of Motion for Withdrawal of Reference( 19-00133-elf) [motion,mwdref] ( 188.00) Filing Fee. Receipt number A23010945. Fee Amount $ 188.00. (re: Doc# 116) (U.S. Treasury) (Entered: 01/11/2021) |
| 01/11/2021 | 𝑒 ◯117 | Motion for a More Definite Statement in Response to the Trustee's SAAC Filed by Starr Indemnity & Liability Co., Represented by Louise A. Kelleher (Counsel). (Attachments: # 1 Proposed Order # 2 Certificate of Service) (R., Sara) (Entered: 01/12/2021) |
| 01/11/2021 | ◯118 | Notice of (related document(s): 117 Motion for a More Definite Statement in Response to the Trustee's SAAC Filed by Starr Indemnity & Liability Co., Represented by Louise A. Kelleher ) Hearing scheduled 2/10/2021 at 10:00 AM via Teleconference. (R., Sara) (Entered: 01/12/2021) |
| 01/12/2021 | ◯119 | Motion For Summary Judgment Filed by First Specialty Ins. Co., Represented by PHILIP W. ALLOGRAMENTO (Counsel). (Attachments: # 1 Memorandum of Law # 2 Certification of Counsel in Support of Motion # 3 Exhibit A-1 to Certification of Counsel # 4 Exhibit A-2 to Certification of Counsel # 5 Exhibit A-3 to Certification of Counsel # 6 Exhibit A-4 to Certification of Counsel # 7 Exhibit A-5 to Certification of Counsel # 8 Exhibit A-6 to Certification of Counsel # 9 Exhibit A-7 to Certification of Counsel # 10 Exhibit A-8 to Certification of Counsel # 11 Exhibit A-9 to Certification of Counsel # 12 Exhibit A-10 to Certification of Counsel # 13 Exhibit A-11 to Certification of Counsel # 14 Exhibit A-12 to Certification of Counsel # 15 Exhibit A-13 to Certification of Counsel # 16 Exhibit A-14 to Certification of Counsel # 17 Exhibit A-15 to Certification of Counsel # 18 Exhibit A-16 to Certification of Counsel # 19 Exhibit B to Certification of Counsel # 20 Exhibit C to Certification of Counsel # 21 Exhibit D to Certification of Counsel # 22 Exhibit E to Certification of Counsel # 23 Exhibit F to Certification of Counsel # 24 Proposed Order # 25 Certification of Service) (ALLOGRAMENTO, PHILIP) (Entered: 01/12/2021) |